## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JUDIANNE BISCEGLIE.            CASE NO.: 2:21-CV-04752-WJM-MF

    PLAINTIFF,

VS.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    DEFENDANTS.
_____

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, through their counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to a dismissal with prejudice of this action, including all claims against all parties, with each party to bear its own attorney fees and costs.

    DATED: January 28, 2022

**/s/ Claudeth J. Henry**

Claudeth J. Henry, Esq.
CJ HENRY LAW FIRM, PLLC
*Attorney for Plaintiff, Judianne Bisceglie*

**/s/ Alnisa Bell**

Alnisa Bell, Esq.
Seyfarth Shaw, LLP
*Attorney for Defendant The Prudential Insurance Company of America*